# Exhibit A

US00D880756S

# (12) United States Design Patent
## Cornelissen

(10) Patent No.: **US D880,756 S**
(45) Date of Patent: ✱✱ **Apr. 7, 2020**

(54) **LUMINAIRE**

(71) Applicant: **Beta-Calco Inc.**, Toronto (CA)

(72) Inventor: **Serge C. R. H. Cornelissen**, Kortrijk-Marke (BE)

(73) Assignee: **Beta-Calco Inc.**, Toronto (CA)

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/668,544**

(22) Filed: **Oct. 31, 2018**

(51) LOC (12) Cl. .............................................. 26-03
(52) U.S. Cl.
    USPC ........................................................ **D26/88**
(58) Field of Classification Search
    USPC ................................... D26/72, 81–86, 88–91
    CPC .... F21S 8/04; F21S 8/043; F21S 8/046; F21S 8/06; F21S 8/061; F21S 8/063; F21S 8/065; G02B 6/0073
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D129,362 S | ✱ | 9/1941 | Pieper | D26/88 |
| D459,525 S | ✱ | 6/2002 | Barry | D26/73 |
| D469,562 S | ✱ | 1/2003 | Crasset | D26/90 |
| D547,483 S | ✱ | 7/2007 | Pickett | D26/59 |
| D556,361 S | ✱ | 11/2007 | Arbel | D26/88 |
| D671,676 S | ✱ | 11/2012 | Komarov | D26/88 |
| D683,884 S | ✱ | 6/2013 | Kim | D26/84 |
| D686,771 S | ✱ | 7/2013 | Lastimosa | D26/88 |
| D806,928 S | ✱ | 1/2018 | Amato | D26/88 |
| D807,562 S | ✱ | 1/2018 | Amato | D26/88 |
| D851,322 S | ✱ | 6/2019 | Anastassiades | D26/91 |
| 2015/0300605 A1 | ✱ | 10/2015 | Clark | F21V 1/22 362/367 |
| 2019/0339443 A1 | ✱ | 11/2019 | Ross | G02B 6/0011 |

OTHER PUBLICATIONS

Dimple LED Pendant by ET2 Lighting, from lumens.com visited Nov. 25, 2019. (Year: 2019).✱
Grand Drum pendant from the Series: S2815 collection. From ScottArchLighting.com visited Nov. 25, 2019. (Year: 2019).✱

✱ cited by examiner

*Primary Examiner* — Clare E Heflin
(74) *Attorney, Agent, or Firm* — Renner, Otto, Boisselle & Sklar, LLP

(57) **CLAIM**

The ornamental design for a luminaire, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a luminaire showing the design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The portions of the luminaire shown in broken lines form no part of the design.

**1 Claim, 7 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



FIG. 7