# Exhibit B

# TRIPLE

📌 WEB PIN 157



TRIPLE

©2021 Beta-Calco Inc.  
Specifications are subject to change without notice

betacalco.com  
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM  
Page 1 of 12






©2021 Beta-Calco Inc.
Specifications are subject to change without notice

betacalco.com
+1 416-531-9942 | sales@betacalco.com



# TRIPLE

📌 WEB PIN 157

## GENERAL SPECIFICATION

**Product Overview:**

- TRIPLE is a powerful but elegant pendant ideally suited for high performance applications.
- Available in 3 diameters: 6", 13" and 19".
- TRIPLE is designed to facilitate internal airflow to cool its components.
- The unique design of the lower module reduces glare significantly.
- Available with 4 beam angles 15°, 30°, 50° and 70°.
- The uniqueness of TRIPLE is found in its multi-directional lighting system consisting of an upper module with indirect lighting, glow ring and lower funnel edge light, and direct illumination lower module.
- RGBW is available with glow ring and funnel to create the right ambiance.
- TRIPLE features single, dual and triple circuit options.

**Body:** Aluminum and steel.
**Finish:** Powder coated.
**Suspension:** Steel cables.
**Power cable:** Silver braided.
**Drivers:** HPF electronic drivers for 120-277V (EU-240V).
**Remote mounting of drivers:** Wire Size (max distance from canopy to drivers) 18 AWG - 9.5' (2.9m), 16 AWG - 19.5' (5.9m), 14 AWG - 29.5' (9.0m). Drivers must be accessible after installation.
**Remote emergency:** Emergency option provides a 1.5 hour (3 hours for EU) emergency lighting facility. The remote system includes the inverter module, NiCad batteries and a remote wall/ceiling LED charge indicator and test switch (NA only) Maximum distance between wall/ceiling plate and luminaire is 15' (4.5m). Test switch fits a single gang box (not supplied).
**Mechanical:** Luminaires mount directly over J box (by others - North America only).
**Reported L70 @25°C (77°F):** > 60,000 hrs.
**Estimated L70 @25°C (77°F):** > 124,000 hrs.
**Delivered lumens:** Delivered lumens & LPW based on 4000K (min 80 CRI).
**Designed by:** Serge Cornelissen.
**Design:** US Pat. No. D880,756

©2021 Beta-Calco Inc.  
Specifications are subject to change without notice

betacalco.com  
+1 416-531-9470 | sales@betacalco.com

Nov 23, 2021 3:43 PM  
Page 3 of 12

# TRIPLE

📌 WEB PIN 157

## MOUNTING & OPTICS


Suspended Direct


Suspended Direct/Indirect


15°


30°


50°


70°


Indirect

©2021 Beta-Calco Inc.
Specifications are subject to change without notice

betacalco.com
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM
Page 4 of 12


# TRIPLE

📌 WEB PIN 157

## HOW TO ORDER

### A  SPECIFY LUMINAIRE

| Code | Diameter | Light Direction | Wattage | Delivered lms | LPW |
|---|---|---|---|---|---|
| TRPP1P06 | 6" | Direct | 14W | 1400 | 120 |
| TRPP1P13 | 13" | Direct | 41W | 4500 | 129 |
| TRPP1P19 | 19" | Direct | 65W | 7500 | 131 |
| TRPP2P06 | 6" [1] | Direct/Indirect | 24W | 2800 | 139 |
| TRPP2P13 | 13" | Direct/Indirect | 62W | 7300 | 139 |
| TRPP2P19 | 19" | Direct/Indirect | 96W | 11800 | 139 |

**Additional Information**

All data shown at max values.
[1] If ordering 1400 lms for TRPP2P06, fixture will require a larger canopy, see canopy section for details.

### B  SPECIFY LUMENS (DIRECT)

| | |
|---|---|
| LMA0070 | 700 lms |
| LMA0140 | 1400 lms [1] |
| LMA0150 | 1500 lms |
| LMA0300 | 3000 lms |
| LMA0450 | 4500 lms |
| LMA0520 | 5200 lms |
| LMA0750 | 7500 lms |

**Additional Information**

Consult website for available lumens/fixture.
[1] If ordering 1400 lms for TRPP2P06, fixture will require a larger canopy, see canopy section for details.

### C  SPECIFY LUMENS (INDIRECT)

| | |
|---|---|
| LMB0000 | Not required |
| LMB0100 | 1000 lms |
| LMB0140 | 1400 lms |
| LMB0150 | 1500 lms |
| LMB0200 | 2000 lms |
| LMB0230 | 2300 lms |
| LMB0290 | 2900 lms |
| LMB0430 | 4300 lms |

**Additional Information**

Consult website for available lumens/fixture.

### D  SPECIFY CRI (DIRECT & INDIRECT)

| | |
|---|---|
| CR80 | CRI 80+ |
| CR90 | CRI 90+ |

# TRIPLE

©2021 Beta-Calco Inc.  
Specifications are subject to change without notice

betacalco.com  
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM  
Page 5 of 12

# TRIPLE

📌 WEB PIN 157

## E  SPECIFY CCT (DIRECT)

| | |
|---|---|
| **CTA30** | 3000K |
| **CTA35** | 3500K |
| **CTA40** | 4000K |

## F  SPECIFY CCT (INDIRECT)

| | |
|---|---|
| **CTB00** | Not required |
| **CTB30** | 3000K |
| **CTB35** | 3500K |
| **CTB40** | 4000K |

## G  SPECIFY CCT (GLOW RING)

| | |
|---|---|
| **CTC00** | Not required |
| **CTC30** | 3000K |
| **CTC35** | 3500K |
| **CTC40** | 4000K |
| **CTC50** | RGBW [1] |
| **CTC54** | Red [2] |
| **CTC55** | Green [2] |
| **CTC56** | Blue [2] |

**Additional Information**

[1] RGBW is supplied with a larger canopy and 2 power cables and is available with DMX driver only.  RGBW is not available with 347V.
[2] Not available with TRPP1P13 or TRPP2P13, RGBW will need to be used.

## H  SPECIFY BEAM ANGLE (DIRECT MODULE)

| | |
|---|---|
| **BA15** | 15° |
| **BA30** | 30° [1] |
| **BA50** | 50° |
| **BA70** | 70° |

**Additional Information**

[1] Not available with TRPP1P06 & TRPP2P06

## I  SPECIFY UPLIGHT DIFFUSER (UPPER MODULE)

| | |
|---|---|
| **UD0** | Not required |
| **UD1** | Clear diffuser |
| **UD2** | Opal diffuser [1] |

**Additional Information**

[1] 10% reduction in indirect lumens.

TRIPLE

©2021 Beta-Calco Inc.
Specifications are subject to change without notice

betacalco.com
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM
Page 6 of 12


# TRIPLE

📌 WEB PIN 157

## J — SPECIFY VOLTAGE

| | |
|---|---|
| **V1** | 120/277V |
| **V2** | 240V [1] |
| **V3** | 347V [2] |

**Additional Information**

[1] Not available in North America
[2] Only available with DA01, DB01 & DC01 dimming and TRPP1P13, TRPP2P13, TRPP1P19 & TRPP2P19.

## K — SPECIFY DIMMING (DIRECT MODULE)

| | |
|---|---|
| **DA01** | 0-10V Dimming 1.0% [3] |
| **DA02** | 0-10V Dimming 0.1% [1] |
| **DA20** | DALI Dimming 0.1% [1] |
| **DA21** | DALI Dimming 1.0% [1] [3] |
| **DA30** | DSI/switchDim [1] [2] |

**Additional Information**

[1] Not available with TRPP1P06 or TRPP2P06.
[2] Not available in North America. Not available with TRPP1P19 or TRPP2P19 with 1500 lms.
[3] Not available when ordering TRPP1P13 or TRPP2P13 at 1500 lumens and 347V.

## L — SPECIFY DIMMING (INDIRECT MODULE)

| | |
|---|---|
| **DB00** | Not required |
| **DB01** | 0-10V Dimming 1.0% [3] |
| **DB02** | 0-10V Dimming 0.1% [1] |
| **DB20** | DALI Dimming 0.1% [1] |
| **DB21** | DALI Dimming 1.0% [1] |
| **DB30** | DSI/switchDim [1] [2] |

**Additional Information**

[1] Available with TRPP2P13 and TRPP2P19 only.
[2] Not available in North America. TRPP2P13 is not available when ordering 240V and 1500 lumens. TRPP2P19 is not available wehn ordering 240V and either 1500 lumens or 2000 lumens.
[3] Not available when ordering TRPP1P13 or TRPP2P13 at 1500 lumens and 347V.

## M — SPECIFY DIMMING (GLOW RING)

| | |
|---|---|
| **DC00** | Not required |
| **DC01** | 0-10V Dimming 1.0% |
| **DC02** | 0-10V Dimming 0.1% [1] |
| **DC20** | DALI Dimming 0.1% [1] |
| **DC21** | DALI Dimming 1.0% [1] |
| **DC30** | DSI/switchDim [1] [2] |
| **DC40** | DMX Dimming |

**Additional Information**

[1] Not available with TRPP1P06 or TRPP2P06.
[2] Not available in North America.

# TRIPLE

©2021 Beta-Calco Inc.
Specifications are subject to change without notice

betacalco.com
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM
Page 7 of 12


| N | SPECIFY FIXTURE FINISH (UPPER MODULE) |
|---|---|
| **FA01** | White |
| **FA02** | Black Metallic - Textured |
| **FA20** | Silver Metallic - Textured |
| **FA25** | Gold Metallic |
| **FA44** | Midnight Blue Metallic - Textured |
| **FA45** | Copper Metallic |
| **FA46** | Charcoal Metallic - Textured |
| **FA47** | Bronze Metallic - Textured |
| **FA52** | Champagne Metallic |
| **FA53** | Red Metallic - Textured |

| O | SPECIFY FIXTURE FINISH (LOWER MODULE) |
|---|---|
| **FB01** | White |
| **FB02** | Black Metallic - Textured |
| **FB20** | Silver Metallic - Textured |
| **FB25** | Gold Metallic |
| **FB44** | Midnight Blue Metallic - Textured |
| **FB45** | Copper Metallic |
| **FB46** | Charcoal Metallic - Textured |
| **FB47** | Bronze Metallic - Textured |
| **FB52** | Champagne Metallic |
| **FB53** | Red Metallic - Textured |

| P | SPECIFY FIXTURE FINISH (FUNNEL) |
|---|---|
| **FC01** | White |
| **FC02** | Black Metallic - Textured |
| **FC20** | Silver Metallic - Textured |
| **FC25** | Gold Metallic |
| **FC44** | Midnight Blue Metallic - Textured |
| **FC45** | Copper Metallic |
| **FC46** | Charcoal Metallic - Textured |
| **FC47** | Bronze Metallic - Textured |
| **FC52** | Champagne Metallic |
| **FC53** | Red Metallic - Textured |

| Q | SPECIFY CANOPY |
|---|---|
| **CN1** | Canopy A [1] |
| **CN2** | Canopy B [2] |
| **CN3** | Canopy C [3] |
| **CN4** | Canopy D [*] |

**Additional Information**

[1] Drivers are integral within the fixture, not available with RGBW.  Also not available with TRPP2P06 when 1400 lms direct are required.

[2] Drivers are in the canopy and can be used with RGBW.  Available with TRPP2P06 when 1400 lms direct are required.

[3] Drivers are in a remote box and can be used with RGBW for both North America and Europe.  Available with TRPP2P06 when 1400 lms direct are required.  For the 6" fixture the max distance for the remote driver is 25ft and for the 13" and 19" fixtures the max distance is 350ft.

[*] For use with V2 only when RGBW is not required.

©2021 Beta-Calco Inc.

Specifications are subject to change without notice

betacalco.com

+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM

Page 8 of 12

Case 2:21-cv-01864-RJC   Document 1-3   Filed 12/27/21   Page 10 of 13



# TRIPLE

📌 WEB PIN 157

| R | SPECIFY CANOPY FINISH |
|---|---|

| | |
|---|---|
| **CF01** | White |
| **CF02** | Black Metallic - Textured |
| **CF20** | Silver Metallic - Textured |
| **CF25** | Gold Metallic |
| **CF44** | Midnight Blue Metallic - Textured |
| **CF45** | Copper Metallic |
| **CF46** | Charcoal Metallic - Textured |
| **CF47** | Bronze Metallic - Textured |
| **CF52** | Champagne Metallic |
| **CF53** | Red Metallic - Textured |

| S | SPECIFY EMERGENCY SYSTEM |
|---|---|

| | |
|---|---|
| **E0** | Not required |
| **E2** | Emergency system - Remote |

| T | SPECIFY CIRCUITS |
|---|---|

| | |
|---|---|
| **CS1** | Single circuit ¹ |
| **CS2** | Dual circuit ² |
| **CS3** | Triple circuit ³ |

**Additional Information**

¹ The entire fixture will be on one circuit, 1 power cable will be supplied. If RGBW is being ordered for the Glow ring then 2 power cables will be supplied.

² Glow ring will be on a separate circuit from the main fixture. One power cable will be supplied. If RGBW is being ordered for the Glow ring then 2 power cables will be supplied.

³ Direct, Indirect and Glow ring will all be on separate circuits. Two power cables will be supplied. When ordering with TRPP2P06 and CN2/CN3 canopy and no RGBW, 1 power cord will be supplied.

| EXAMPLE CODE |
|---|
| TRPP2P13/LMA0300/LMB0290/CR90/CTA35/CTB35/CTC35/CTC50/BA50/UD2/V1/DA01/DB01/DC40/FA20/FB44/FC20/CN2/CF01/E0/CS3 |

©2021 Beta-Calco Inc.
Specifications are subject to change without notice

betacalco.com
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM
Page 9 of 12


# TRIPLE

⚲ WEB PIN 157

## 6" DIAMETER




ISO View - Top     ISO View - Bottom

## 13" DIAMETER





ISO View - Top     ISO View - Bottom

©2021 Beta-Calco Inc.  
Specifications are subject to change without notice

betacalco.com  
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM  
Page 10 of 12

# TRIPLE

⚓ WEB PIN 157

## 19" DIAMETER





ISO View - Top  ISO View - Bottom

## CANOPY (CN1, CN2, CN3 & CN4)

**CN1 - North America only (6", 13" & 19")**
**CN3 - North America & EU (6", 13" & 19")**



**CN2 - North America & EU (6")**



**CN4 - EU only (6")**



**CN2 - North America & EU (13")**



**CN4 - EU only (13" & 19")**



**CN2 - North America & EU (19")**



©2021 Beta-Calco Inc.  
Specifications are subject to change without notice  
betacalco.com  
+1 416-531-9942 | sales@betacalco.com  
Nov 23, 2021 3:43 PM  
Page 11 of 12



📌 WEB PIN 157

## APPROVALS

     

TRIPLE

©2021 Beta-Calco Inc.  
Specifications are subject to change without notice

betacalco.com  
+1 416-531-9942 | sales@betacalco.com

Nov 23, 2021 3:43 PM  
Page 12 of 12