Case 2:21-cv-01864-RJC   Document 1-6   Filed 12/27/21   Page 1 of 2

# Exhibit E



**Mark C. Johnson**
mjohnson@rennerotto.com
+1.216.736.3170

October 21, 2021

**WITHOUT PREJUDICE**

**Via Email and FedEx**

Keith Enos
CEO
Camman Lighting/Camman Industries, Inc.
111 Strawcutter Road
Derry, PA 15627

Re: Infringement of Beta-Calco's U.S. Patent No. D880,756

Dear Mr. Enos:

I write to follow up my prior correspondence dated September 27, 2021. That letter and all related attachments are being included herewith. Beta-Calco expects a prompt response to this correspondence and swift action from Camman to comply with the demands of the September 27, 2021 letter.

Beta-Calco is prepared to initiate patent enforcement proceedings if Camman does not comply the with the demands set forth in the September 27, 2021 letter by **October 29, 2021**.

Very truly yours,

Mark C. Johnson
Renner Otto

enclosures